# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Slawson Exploration Company, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| United States Department of the Interior; et. al., | ) ) | |
| | ) | Case No. 1:17-cv-166 |
| Defendants. | ) | |

Before the court are motions for attorneys Robert S. Thompson, III, Daniel R. McElroy, Eric R. Olson, Kathleen C. Schroder, and Timothy R. Canon, II to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Robert S. Thompson, III, Daniel R. McElroy, Eric R. Olson, Kathleen C. Schroder, and Timothy R. Canon, II have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket No. 4-8 ) are **GRANTED**. Attorneys Robert S. Thompson, III, Daniel R. McElroy, Eric R. Olson, Kathleen C. Schroder, and Timothy R. Canon, II are admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 14th day of August, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge